UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STEPHEN HEFFENTRAGER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | No. 1:04-CV-326 <br><br> Chief Judge Curtis L. Collier |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the § 2255 motion filed by Petitioner Stephen Heffentrager. The Honorable Curtis L. Collier, Chief United States District Judge, having rendered a decision on the Petitioner's motion,

It is **ORDERED and ADJUDGED** that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this ____ day of May, 2006.

                                                */s/ Patricia L. McNutt*
                                                PATRICIA L. McNUTT
                                                CLERK OF COURT